PS 8
(8/88)

# United States District Court
## for
### SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 AUG -6 AM 9: 47
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

U. S. A. vs. SHAVER, KELLIE

Docket No. 07CR1609-L-001

**Petition for Modification on Conditions of Pretrial Release**

Comes now Jennifer Gordon Pretrial Services Officer presenting an official report upon the conduct of defendant SHAVER, KELLIE who was placed under pretrial release supervision by the Honorable Ruben B. Brooks sitting in the court at San Diego, on the fourteenth day of June, 2007, under the following conditions:

Restrict travel to State of California; report for supervision to Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

1. Pretrial Services received information from the defendant's sister-in-law and the defendant's mother which would indicate the defendant has a history of drug abuse.

2. Pretrial Services received information regarding a pending county case for which the defendant is charged with Possession of a Controlled Substance (Methamphetamine and Ecstacy). The defendant failed to appear for the initial arraignment and the judge ordered a warrant and stayed it pending the defendant's next hearing.

PRAYING THAT THE COURT WILL ORDER THE DEFENDANT SUBMIT TO TREATMENT AND/OR TESTING AS SPECIFIED BY PRETRIAL SERVICES FOR DRUGS AND/OR ALCOHOL ABUSE.

ORDER OF COURT

Considered and ordered this 3rd day of August, 2007 and ordered filed and made a part of the records in the above case.

_____
U. S. Magistrate Judge Ruben B. Brooks

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/2/07

Respectfully,

_____
Jennifer Gordon, U.S. Pretrial Services Officer

Place   San Diego, California

Date    August 2, 2007