UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>KELLIE SHAVER,<br><br>           Defendant. | Case No. 07CR1609-MJL<br><br>ORDER STAYING THE DRUG TESTING CONDITION PENDING HEARING UPON MS. SHAVER'S MOTION TO RECONSIDER THE MAGISTRATE JUDGE'S DENIAL OF MS. SHAVER'S MOTION TO <u>RESCIND DRUG TESTING CONDITION</u> |

The Court being fully advised and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the drug testing condition currently imposed as a matter of pretrial release be stayed pending a hearing on Ms. Shaver's motion to reconsider the magistrate judge's denial of defendant's motion to rescind the drug testing condition.

**IT IS SO ORDERED.**

DATED: 8/20/07

HONORABLE M. JAMES LORENZ
United States District Court Judge