UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 07-CR-1609-L |
| Plaintiff, | ) | **ORDER FOLLOWING HEARING** |
| v. | ) | |
| KELLIE SHAVER, | ) | |
| Defendant. | ) | |

    Upon consideration of Defendant's Motion *in limine* to exclude Defendant's June 18, 2007, jailhouse phone call and/or portions thereof, the Court has determined that the last three lines of page 13 of the Government's Highlighted transcription are admissible. Page 14 of the Government's Highlighted transcription is also admissible except for the following excerpt:

    Kellie Shaver:    "With cigarettes and beer"

    Cholo:    "Alright."

    Kellie Shaver:    "And no kids."

07cr01609

1     The Government is ordered to redact that portion of the phone call consistent with this
2 order.  Since the Court has already ruled on the admissibility of the remaining portions of the
3 June 18, 2007, phone call, the Government is expected to redact the necessary portions
4 consistent with the Court's prior rulings.
5 **IT IS SO ORDERED.**

7 DATED: November 21, 2007

8                                     M. James Lorenz
9                                     United States District Court Judge